UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: Francisco Javier Jayme
XXX-XX-7644
Debtor(s).

No. ____

Declarations by Debtor(s)
for Electronic Filing of Chapter [7] Petition

I (we) declare under penalty of perjury that the information provided in the petition is true and correct and that I (we) have read the foregoing summary and schedules, consisting of ____ pages, and the answers in the statement of financial affairs, and any attachments thereto, and that they are true and correct to the best of my (our) knowledge and belief. I (we) request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I (we) have checked all boxes below that are applicable to this petition filing.

[✓] Pursuant to New Mexico Local Bankruptcy Rule 1002-1, I certify that [ ] I have no spouse or [✓] I have a non-filing spouse, whose name and address are

Name: Alicia Rojas
Address: 105 Thoroughbred ct, Santa Teresa NM 88008

[✓] [If debtor has a non-filing spouse] Pursuant to New Mexico Local Bankruptcy Rule 1007-1, I certify that the statement of affairs and schedules submitted in this case disclose, to the best of my knowledge, information and belief, all of my assets, liabilities, income and expenses as well as those of my non-filing spouse excepting only separate property and separate debts of my non-filing spouse.

[✓] [If petitioner is an individual who debts are primarily consumer debts and has chosen to file under chapter 7] I am (we are) aware that I (we) may proceed under chapter 7, 11, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[✓] [If petitioner files a Chapter 7 Individual Debtor's Statement of Intention with the petition] I (we) have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate. My (our) intention regarding the disposition of the property of the estate which secures those consumer debts is accurately described in the Statement of Intention filed with this petition.

[✓] Pursuant to Rule 1007(f) of the Federal Rules of Bankruptcy Procedure, I (we) declare under penalty of perjury that any social security numbers submitted with this electronic filing are the true and correct social security numbers of the petitioner(s).

_____          _____
Signature of Debtor                         Signature of Joint Debtor

[ ] [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

_____          _____
Signature of Authorized Individual         Printed name and title of Authorized Individual

Date: 10/25/04

FORM 100

Case 04-17779-m13   Doc 1-1   Filed 10/25/04   Entered 10/26/04 09:53:00   Page 1 of 1

Monday, October 25, 2004.max