# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

## PACER Cover Sheet
## for Electronically Filed Documents

Any data shown here are current as of 06/10/06    . Any element of information on this form, except the received date, is subject to change as changes may be made to the Court's official docket.

**Case Title:**    Francisco Javier Jayme

**Case Number:**   04-17779

### Document Information

**Description:**   Default Order  Granting [33-1] Motion To Dismiss Bankruptcy by Kelley L. Skehen .

**Received on:**   2005-01-19 14:14:06.000

**Date Filed:**    2005-01-19 00:00:00.000

**Date Entered On Docket:**   2005-01-20 00:00:00.000

### Filer Information

**Submitted By:**   Roseanna Cordova

**If this form is attached to the document identified above, it serves as an endorsed copy of the document as it existed on the above date. To confirm that nothing has changed since then, review the docket.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

IN RE:
FRANCISCO JAVIER JAYME,
      Debtor.                       No. 13-04-17779 ML

## DEFAULT ORDER DISMISSING BANKRUPTCY CASE

**THIS MATTER** came before the Court upon the Chapter 13 Trustee's Motion to Dismiss for failure to file a Chapter 13 Plan in a timely manner, filed on December 14, 2004. On December 14, 2004, the Chapter 13 Trustee served notice of the Motion to Dismiss upon the debtor, debtor's counsel, and all creditors requesting notice, if any, with objections due on January 6, 2005. No timely responses to the Motion to Dismiss were filed with the Court. On January 7, 2005, the Chapter 13 Trustee filed a Supplemental Motion to Dismiss for debtor's failure to appear at §341 Meeting of Creditors. The trustee, having certified by her signature herein, that she has complied with the Soldiers and Sailors Relief Act, through receipt of a response from the Department of Defense Manpower Data Center, which states that Francisco Javier Jayme is not a member of the military service of the United States nor her allies.

**IT IS ORDERED** that this case shall be and hereby is dismissed.

                                                   _/s/ Mark B. McFeeley_
                                                   **MARK B. MCFEELEY**
                                                   **U.S. BANKRUPTCY JUDGE**

s/ks/submitted by e-mail/tj
Kelley L. Skehen
Chapter 13 Trustee
625 Silver SW, Ste. 350
Albuquerque, NM 87102
(505) 243-1335

Copies To:

Francisco Javier Jayme
105 Thoroughbred
Santa Teresa, NM 88008

I certify that on the date shown on the attached
document verification, a true and correct copy of
the foregoing was either electronically transmitted,
faxed, delivered or mailed to the listed counsel
and/or parties. *Roseanna Cordova*